UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61078-CIV-ROSENBAUM/SELTZER

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

YAN K. SKWARA and US FARMS, INC.,

      Defendants.
_____/

## FINAL ORDER OF JUDGMENT

This matter is before the Court upon the Order Granting Plaintiff's Motion for Entry of Default Judgment of Permanent Injunction and Other Relief Against Defendant US Farms, Inc. [D.E. 26]. For the reasons expressed in the Court's separately entered Order granting Plaintiff's default-judgment motion, and pursuant to Federal Rules of Civil Procedure 55 and 58, it is **ORDERED and ADJUDGED** that final judgment is **ENTERED** in favor of Plaintiff and against Defendant US Farms, Inc., under the terms set forth in the Order. The Clerk is directed to **CLOSE** this matter.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 31st day of December 2012.

                                                  ROBIN S. ROSENBAUM
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record